IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL SHAHAN, #330974 | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. WDQ-06-2034 |
| MEDICAL STAFF at RCI, et al. | : | |
| Defendants | : | |

**MEMORANDUM**

On August 3, 2006, Plaintiff, a state prisoner incarcerated at the Roxbury Correctional Institution, filed this pro se complaint against the Medical Staff, Physiological Staff, Psychiatric Department, and the "Complete Staff" at the Roxbury Correctional Institution, claiming that he was being denied proper treatment and medication for his psychiatric conditions.[1] The court will dismiss the complaint without prejudice pursuant to Fed R. Civ. P. 41(b); *see Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962).

**I.  Procedural Background**

Plaintiff filed this action on August 3, 2006**.**   Efforts to obtain service on defendants, with the exception of Correctional Medical Services**,** were unsuccessful.[2]  Papers No. 5 & 6.  On June 4, 2007, the court ordered Plaintiff to submit within thirty days a U.S. Marshal 285 form to effect service of process on MHM Correctional Services, the contractual provider of mental health services for Maryland Division of Correction facilities at the times relevant to the complaint.[3]  Plaintiff was

---

[1] Plaintiff has neither submitted the civil filing fee nor filed a Motion for Leave to Proceed in Forma Pauperis although he has been granted two separate opportunities to do so. Papers No. 2 & 10.

[2] On June 4, 2007, the Court dismissed Plaintiff's mental health claims against Correctional Medical Services.

[3] An address for MHM was provided in the memorandum accompanying the order.

cautioned that failure to timely provide the completed form could result in dismissal of the remaining claims without prejudice.  The thirty day period has elapsed and Plaintiff has failed to submit the U.S. Marshal form or otherwise contact this court.

## II.  Conclusion

Given the above described circumstances, the court will dismiss the complaint without prejudice**.**  A separate order consistent with this memorandum follows.


July 13, 2007                                                          /s/                                
Date                                                        William D. Quarles, Jr.
                                                            United States District Judge